IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT VANDERPLOEG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:16-cv-03029 |
| ANANTNATH INVESTMENT, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of all Parties. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: December 27, 2016.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 2582051
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 7-A
Atlanta, Georgia 30306
Tel: (404) 365-4480
Fax: (855) 415-2480
Craig@EhrlichLawOffice.com

1

## CERTIFICATE OF SERVICE

I certify that on December 27, 2016 I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Southern District of Texas, resulting in a true and correct copy of the foregoing to be sent via electronic mail upon the following counsel:

Frederick L. Fuhr
The Fuhr Law Firm
107 Landing Boulevard, Suite F
League City, Texas 77573
Fax: (281) 332-8885
RFuhr@aol.com

/s/Craig J. Ehrlich<br>Craig J. Ehrlich