Case 4:16-cv-03029   Document 10   Filed on 01/03/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LEE VANDERPLOEG, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3029 |
| | § | |
| ANANTNATH INVESTMENT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

SIGNED at Houston, Texas, this 3rd day of January, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE